PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Yaw Koampah                    Cr.: 00-519(01)
                                                 PACTS Number: 25218

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Date of Original Sentence: 12/12/00

Original Offense: Bank Fraud

Original Sentence: 2 months imprisonment, 3 years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: 12/12/00

## PETITIONING THE COURT

[ ] To dismiss without prejudice the violation of supervised release petition filed on March 5, 2003.

Respectfully submitted,

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 8/15/11

THE COURT ORDERS:

[X] The dismissal without prejudice of violation of supervised release
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date: 8/18/2011